IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02886-ZLW-MEH

TERRY VIGIL, #134668,

     Plaintiff,

v.

POLLY WALTERS, RN,
KARLIN WERNER, RN,
DR. JERE SUTTON, Physician, and
DR. LOUIS CABILING, Physician,
Each in Their Individual Capacities,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: January 20, 2010

BY THE COURT:

_Zita Leeson Weinshienk_

_____

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  09-cv-02886-ZLW-MEH

Terry Vigil
Prisoner No. 134668
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Lucy Hernandez – **CERTIFIED**
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**SERVICE DOCUMENTS FOR:**
**Polly Walters, Karlin Werner,**
**Dr. Jere Sutton, and Dr. Cabiling**

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Luch Hernandez for service of process on Polly Walters, Karlin Werner, Dr. Jere Sutton, and Dr. Cabiling: COMPLAINT FILED 12/10/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 1/21/10 .

GREGORY C. LANGHAM, CLERK

By: _____
                   Deputy Clerk