IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02886-ZLW-MEH

TERRY VIGIL,

    Plaintiff,

v.

POLLY WALTERS, RN,
KARLIN WERNER, RN,
DR. JERE SUTTON, Physician, and
DR. LOUIS CABILING, Physician, each in their individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2010.**

    Plaintiff's Motion for Court Order for Twenty Percent to be Taken Directly from Plaintiff's Inmate Account [filed January 12, 2010; docket #7] is **granted**. The Clerk of the Court is directed to arrange for a twenty percent monthly payment to be deducted from the Plaintiff's inmate account and sent directly to the Court until the filing fee is paid in full.