IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02886-ZLW-MEH

TERRY VIGIL,

    Plaintiff,

v.

POLLY WALTERS, RN,
KARLIN WERNER, RN,
DR. JERE SUTTON, Physician, and
DR. LOUIS CABILING, Physician, each in their individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2010.**

    Pursuant to Fed. R. Civ. P. 30(a)(2)(B) and consistent with Fed. R. Civ. P. 26(b)(2), Defendant Jere Sutton's Motion to Take Deposition of Plaintiff Terry Vigil [filed July 22, 2010; docket #29] is **granted**. Dr. Sutton shall work cooperatively with the parties and the correctional facility to determine a date and time for the deposition, which must occur before the close of discovery.