IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02886-ZLW-MEH

TERRY VIGIL,

      Plaintiff,

v.

POLLY WALTERS, RN,
KARLIN WERNER, RN,
DR. JERE SUTTON, Physician, and
DR. LOUIS CABILING, Physician, each in their individual capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2011.**

      Before the Court is a document filed by Plaintiff construed as a "Request to Obtain a Document I Signed Via Fraud" [filed November 1, 2010; docket #39]. The document seeks no relief from the court but appears to be a copy of a letter sent by the Plaintiff to defense counsel, Edmund Kennedy. To the extent the document is construed as a motion, it is **denied without prejudice** for failure to articulate a request for relief. Should the Plaintiff seek relief from the Court regarding this or any other discovery issue, he may file a proper motion pursuant to the federal and local court rules.